**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>              Plaintiff,<br><br>    v.<br><br>KORAYMA ARRIAGA, *et al.*,<br><br>              Defendants. | Case No. CV 23-10398-DMG (MRWx)<br><br>**JUDGMENT** |

-1-

1 | This Court having granted Plaintiff Omar Luna's motion for default judgment by
2 | Order dated April 30, 2024,
3 |     IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor
4 | of Plaintiff and against Defendant Korayma Arriaga (d/b/a Asadas El Infierno Restaurant
5 | Bar) in the amount of $1,975.00, consisting of $1,570.00 in attorneys' fees and $405 in
6 | litigation costs. Defendant is ORDERED to provide an accessible restroom at the
7 | restaurant located at 6157 Van Nuys Blvd., Van Nuys, CA, in compliance with the
8 | Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.*

10 | **IT IS SO ORDERED.**

12 | DATED: April 30, 2024

*[signature]*
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE